# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV09-01975-WDK(FMOx) | Date | April 29, 2010 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Eva B. Arroyos  et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**    (IN CHAMBERS) COURT DEADLINE HAS ELAPSED WITHOUT COMPLIANCE, CASE IS DISMISSED (JS-6)

Within ten (10) days of the Court's April 14, 2010 Order, Plaintiff was to show cause why the case should not be dismissed for a violation of Federal Rule of Civil Procedure 4(m).  The deadline has elapsed without compliance.  Accordingly, this case is DISMISSED (JS-6).

_____ : _____

Initials of Preparer   PG